**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Omar Sharif Beasley, Criminal No. 01-76(1) (DWF/RLE)

Petitioner-Defendant,

v. **ORDER**

United States of America,

Respondent-Plaintiff.

---

Omar Sharif Beasley, *Pro Se*, #09864-041, Federal Correctional Institution, Unit C, P.O. Box 1731, Waseca, MN 56093, Petitioner-Defendant.

David P. Steinkamp, Assistant United States Attorney 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Respondent-Plaintiff.

---

This matter is before the Court upon Petitioner-Defendant Omar Sharif Beasley's ("Petitioner-Defendant") self-styled motion for hearing pursuant to Rule 35 of the Federal Rules of Criminal Procedure to correct or reduce his sentence. Petitioner-Defendant asserts that he has cooperated with the Government and that he is entitled to a Rule 35 sentence reduction for his assistance. The Government has not filed a motion to reduce the sentence of Petitioner-Defendant for substantial assistance.

Based on the presentations of the Petitioner-Defendant and the Court having again reviewed the procedural history of the file and being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Petitioner-Defendant Omar Sharif Beasley's motion for a Rule 35 hearing to address the issue of a sentence reduction (Doc. No. 20) is hereby **DENIED**.

Dated: February 28, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court

**MEMORANDUM**

Rule 35 is clear by its terms. Rule 35 can only be invoked by the Government's motion to reduce a sentence for substantial assistance. In fact, there are circumstances under which the Government can bring such a motion more than one year after sentencing where the Court may reduce a sentence. There is no circumstance under which the Court, on its own motion, or a defendant, on his own motion, may move the Court pursuant to Rule 35 to reduce a sentence for substantial assistance. For these reasons, the Court has denied the motion of the Petitioner-Defendant to set a hearing to address the issue of substantial assistance and sentence reduction, pursuant to Rule 35.

D.W.F.