Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864-0:01CR00076-001(DWF) |
| DOCKET NO. (Receiving Court) | |

| NAME AND LOCATION OF | DISTRICT | DIVISION | |
|---|---|---|---|
| Omar Sharif Beasley<br>Detroit, MI 48211 | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Donovan W. Frank | | |
| | TYPE OF SUPERVISION | FROM | TO |
| | SUPERVISED RELEASE | 08/03/2007 | 08/02/2010 |

OFFENSE

Controlled Sub-Sell,Distribute,Or Dispene

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

10/30/07
Date

Donovan W. Frank, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

NOV 13 2007
Effective Date

United States District Judge

SCANNED
NOV 19 2007
U.S. DISTRICT COURT ST. PAUL